**Order entered June 3, 2022**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00382-CV

**EDWARD BRUSSEL, ET AL., Appellants**

**V.**

**STEVEN J. WILKERSON, ET AL., Appellees**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-03651-2021**

### ORDER

We **REINSTATE** this appeal.

By order dated April 29, 2022, we abated the appeal as the parties pursued settlement negotiations. Appellant has now filed a motion to dismiss the appeal. The motion will be disposed of in due course.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE